| | | CRIMINAL COVER SHEET | | |
|---|---|---|---|---|
| Petty Offense | ( ) | MIDDLE DISTRICT OF TENNESSEE | | |
| Misdemeanor | ( ) | __NASHVILLE__ DIVISION | | |
| Felony | (X) | | | |
| Juvenile | ( ) | | | |

County of Offense: __MONTGOMERY__

AUSA's NAME: __McDONOUGH__

__JOHN MONZELL BANKS__
Defendant's Name

Defendant's Address

Interpreter Needed? ___ Yes __X__ No

If Yes, what language? _____

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 21/846 | Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine | 10 to Life | $4,000,000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If the defendant is charged with violating 18 U.S.C. sec 922(g) and has 3 prior qualifying felonies, then the penalties are as follows: imprisonment not less than 15 years nor more than life; fine not more than $250,000; supervised release not more than 5 years; 18:924(e)(1)

**If the defendant is charged with conspiracy but not with the primary offense, list the primary offense below:**

| TITLE/SECTION | OFFENSE | MAX. PRISON | MAX. FINE |
|---|---|---|---|
| 21 / 841 | Distribution and possession with intent to distribute 5 kilograms or more of cocaine | 10 to Life | $4,000,000 |

Is the defendant currently in custody?    ( ) Yes  (X) No    If Yes, State or Federal? _____

Has a complaint been filed?    ( ) Yes  (X) No
    If Yes:  Name of Magistrate Judge _____    Case No : _____
        Was the defendant arrested on the complaint?    ( ) Yes    ( ) No

Has a search warrant been issued?  ( ) Yes  (X) No
    If Yes:  Name of Magistrate Judge _____    Case No.: _____

Was bond set by Magistrate/District Judge:  ( ) Yes  (X) No    Amount of bond: _____

Is this a Rule 20? ( ) Yes  (X) No    To/from what district? _____
Is this a Rule 40? ( ) Yes  (X) No    To/from what district? _____

Is this case related to a pending or previously filed case?    ( ) Yes    (X) No

    What is the related case number: _____

    Who is the Magistrate Judge: _____    District Judge: _____

Estimated trial time: __5 Days__

The Clerk will issue a **Summons** / **Warrant**    (circle one)

Bond Recommendation: __Detention__