### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:09-00047** |
| | ) | **Judge Crenshaw** |
| **ADRIAN DEWAYNE PATTERSON** | ) | |

### MOTION BY ATTORNEY PETER J. STRIANSE, ESQ., FOR PERMISSION TO WITHDRAW AS COUNSEL

Peter J. Strianse, Esq., Attorney of Record for Defendant Patterson, hereby moves the Court, pursuant to *Local Rule 83.01(g), Middle District of Tennessee,* for permission to withdraw as counsel for Mr. Patterson. This motion is based on the request of Mr. Patterson that undersigned counsel withdraw due to his *pro se* filing of a Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 on October 3, 2016, in MDTN Case No. 3:16-cv-02623. Undersigned counsel has represented Mr. Patterson since October 2, 2009 and counsel and Mr. Patterson have had a very good professional relationship. (Docket Entry 68).

Undersigned counsel has contemporaneously filed an Affidavit providing a more detailed explanation of his almost 7.5 years of representation.

**WHEREFORE**, based on the foregoing, Peter J. Strianse, Esq., respectfully and reluctantly requests the Court for permission to withdraw as counsel for Mr. Patterson.

1

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
UBS Tower, Suite 1700
315 Deaderick Street
Nashville, Tennessee  37238
(615) 244-2770

<u>S:/ Peter J. Strianse</u>
PETER J. STRIANSE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system unless not registered and, in that event deposited in the United States mail, postage prepaid, to:

Sunny A.M. Koshy
Assistant United States Attorney
110 Ninth Avenue South
Suite A961
Nashville, TN  37203-3870

**VIA HAND DELIVERY – 1/19/17**
Adrian Dewayne Patterson
(Mr. Patterson is in the custody of the U.S. Marshal at the Grayson County Detention Center in Leitchfield, KY, and will be produced for the 1/19/17 Status Conference scheduled in this case.)

this 19th day of January, 2017.

<u>S:/ Peter J. Strianse</u>
PETER J. STRIANSE

2