# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal Case: 3:09-00047** |
| **vs.** ) | |
| ) | **JUDGE CRENSHAW** |
| **ADRIAN PATTERSON** ) | |

## MOTION TO CHANGE PLEA

Comes now Defendant, by and through Counsel, and moves this Honorable Court for a change of plea hearing. Defendant will be pleading "open" to Counts 2 – 5 of the Superseding Indictment, with no agreement with the Government. Subject to the Court's approval, Defendant is prepared to enter his guilty pleas at the already-scheduled January 5, 2018 status hearing.

Respectfully submitted,

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
414 Union Street, Suite 900
Nashville, TN 37219
T: (615) 982-8002 / F: (615) 229-6387
E: kyle@mothersheadlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2018** a copy of the foregoing **Motion to Change Plea** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including **Sunny Koshy**, **Counsel for the Government**. Parties may access this filing through the Court's electronic filing system.

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953