IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:16-CV-02623 |
| | ) | 3:09-CR-00047 |
| v. | ) | |
| | ) | |
| | ) | |
| ADRIAN PATTERSON | ) | |

## UNITED STATES' MOTION TO SET STATUS HEARING

The United States requests the Court set a status hearing to discuss the defendant's pro se letter which he filed in his civil case, 3:16-CV-02623. That letter also raises issues regarding his guilty pleas to the remaining counts of his criminal case, 3:09-CR-00047. Therefore, the United States requests the status conference be scheduled in both cases.

Respectfully submitted,

DONALD Q. COCHRAN
United States Attorney
s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
Phone: 615-736-5151

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served by the Court's Electronic Case Filing (ECF) system on Kyle Mothershead, Counsel for Defendant/Petitioner Adrian Patterson, this 21st day of May, 2018.

s/*Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney