# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:09-00047-001 |
| ) | No. 3:16-cv-02623 |
| vs, ) | CHIEF JUDGE CRENSHAW |
| ) | |
| ADRIAN PATTERSON ) | |

## MOTION TO CONTINUE
## HEARING ON MOTION TO WITHDRAW PLEA

Comes the defendant Adrian Patterson, by and through counsel, to file his Motion to continue Hearing on Motion to withdraw plea, and for good grounds would show the following:

1. On September 6, 2018, the Court entered an order setting a further evidentiary hearing on Mr. Patterson's motion to withdraw plea on January 11, 2019. (DE 473)

2. Subsequently the Court entered an order transferring this case to U.S. District Judge Richardson, who has this week recused himself. (DE 480)

3. In all prior orders, the hearing date of January 11, 2019, was not changed pending further orders.

4. Counsel requests additional time to prepare for the hearing, including additional time to obtain visitor logs and jail recordings.

5. AUSA Sunny Koshy has been contacted and has advised that he has no objection to the request to continue.

Respectfully submitted,<br>
/S/ <u>THOMAS J. DRAKE</u><br>
THOMAS J. DRAKE<br>
PO BOX 218187<br>
NASHVILLE TN 37221<br>
615-320-1717<br>
<u>DRAKE.COURT@THOMASJDRAKE.COM</u>

## CERTIFICATE OF SERVICE

     I hereby certify that a true and exact copy of the foregoing has been sent by ECF to Sunny Koshy, Assistant United States Attorneys, 110 Ninth Avenue, South, Suite A-971, Nashville, Tennessee 37203, and to G. Kerry Haymaker, 300 James Robertson Parkway, Suite 306, Nashville Tn 37201, and by email to Kyle Mothershead, 414 Union St #900, Nashville, TN 37219.

     on this 4th day of January, 2018.

<u>/s/ Thomas J. Drake, Jr.</u><br>
THOMAS J. DRAKE, JR.