UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  3:09-00047-001 |
| v. ) | |
| ) | CHIEF JUDGE CRENSHAW |
| ADRIAN PATTERSON ) | |

**UNITED STATES' MOTION TO CONTINUE SENTENCING**

The United States moves to continue the sentencing in this case, which is currently set for 1 p.m. on October 11, 2019.  As the Court is aware from hearings yesterday in United States v. Dionte Breedlove, the undersigned will be in trial in that case in this Court throughout that week. Furthermore, the presentence investigation report has not been completed, and the parties will need to review and respond to that report, as well as file other sentencing documents.   Wherefore, the United States requests the sentencing in this case be continued for a sufficient period to accomplish these tasks.

    Respectfully submitted,

    DONALD Q. COCHRAN
    UNITED STATES ATTORNEY
    By: *s/ Sunny A.M. Koshy*
    SUNNY A.M. KOSHY
    Assistant United States Attorney
    110 9th Avenue South, Suite A-96l
    Nashville, Tennessee 37203
    Phone:   615-736-5151

**CERTIFICATE OF SERVICE**

       The undersigned certifies that a copy of the foregoing has been served by the Court's ECF notification system this 25th day of September, 2019, on Thomas J. Drake, Counsel for Defendant Patterson, and on USPO Liberty Lander through the Court's Electronic Filing System.

*s/ Sunny A.M. Koshy*
SUNNY A.M. KOSHY