UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADRIAN PATTERSON, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | NO. 3:16-cv-02623 and |
| ) | 3:9-cr-00047-1 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

The Petitioner's Motion to Stay Proceedings Pending Resolution of Motion for Compassionate Release (Doc. No. 85 filed in Case No. 3:16-cv-02623) and his Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 574 in Case No. 3:9-cr-00047-1) are set for a hearing on **April 15, 2021,** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE