UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ADRIAN PATTERSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | NO. 3:16-cv-02623 |
| | ) | 3:09-cr-00047-1 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## ORDER

The hearing on Petitioner's Motion to Stay Proceedings Pending Resolution of Motion for Compassionate Release (Doc. No. 85 filed in Case No. 3:16-cv-02623) and his Motion for Reduction of Sentence Under 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 574 in Case No. 3:9-cr-00047-1) scheduled for **April 15, 2021** is **CANCELLED**, and will be reset by separate Order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE